**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Juan J. Martinez v. The State of Texas

Appellate case number:    01-15-00823-CR

Trial court case number:  17543

Trial court:                      506th District Court of Grimes County

Appellant has filed a motion to set this appeal for submission on appellant's brief. The State's brief was due on April 1, 2016. Despite two notices advising the State that its brief was overdue, the State has not tendered its brief or filed a motion for extension of time to file its brief.

We GRANT appellant's motion to the extent that we deem this case to be at issue and ready for submission. The parties are advised that the case may be set for submission without further notice.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                        ☒ Acting individually

Date: June 7, 2016